**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| CREH, INC. | § | |
| | § | |
| v. | § | CASE NO. 1:24-cv-01336-ADA |
| | § | |
| TWIN CITY FIRE INSURANCE | § | |
| COMPANY | § | |

## NOTICE OF SETTLEMENT

Plaintiff CREH, Inc. and Defendant Twin City Fire Insurance Company (collectively "Parties") hereby give notice of settlement to the Court. The Parties request the Court to enter an order setting a deadline for the filing of an agreed order of dismissal due to settlement no less than 60 days from the date this Notice of Settlement is filed.

Respectfully submitted,

/s/ *Maria Gerguis*
Richard Daly
State Bar No. 00796429
rdaly@dalyblack.com
Maria R. Gerguis
State Bar No. 24090355
mgerguis@dalyblack.com
**DALY & BLACK**
2211 Norfolk Street, Suite 800
Houston, Texas 77098
(713) 655 - 1405
(713) 655 - 1587 (FAX)

**ATTORNEYS FOR PLAINTIFF**

By: */s/Chris Lemons*
Christine Kirchner
State Bar No. 00784403
c.kirchner@chamberlainlaw.com
Chris M. Lemons
State Bar No. 24094799
Chris.lemons@chamberlainlaw.com

**CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.**
1200 Smith Street, Suite 1400
Houston, Texas 77002
Telephone: (713) 658-1818
Facsimile: (713) 658-2553

**ATTORNEYS FOR DEFENDANT
TWIN CITY FIRE INSURANCE
COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record via facsimile, hand delivery, electronic mail, and/or certified mail on November 18, 2025.

*/s/ Chris Lemons*
Chris Lemons