**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| CREH, LLC. | § | |
| | § | |
| v. | § | CASE NO. 1:24-cv-01336-ADA |
| | § | |
| TWIN CITY FIRE INSURANCE | § | |
| COMPANY | § | |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff CREH, LLC and Defendant Twin City Fire Insurance Company file this Joint Stipulation of Dismissal per Federal Rules of Civil Procedure 41(a)(1)(A)(ii), seeking to dismiss all claims because the parties have reached a resolution of all disputes between them. Plaintiff and Defendant stipulate to the dismissal with prejudice of any and all claims asserted by Plaintiff against Defendant. Each party shall bear their own costs and fees. This Joint Stipulation of Dismissal is binding and intended by the parties to be effective upon filing.

Dated: December 23, 2025

**AGREED:**

By: /s/ *Maria Gerguis*
Richard Daly
State Bar No. 00796429
rdaly@dalyblack.com
Maria R. Gerguis
State Bar No. 24090355
mgerguis@dalyblack.com
**DALY & BLACK**
2211 Norfolk Street, Suite 800
Houston, Texas 77098
(713) 655 - 1405
(713) 655 - 1587 (FAX)
ZADEH FIRM

ATTORNEYS FOR PLAINTIFF

By: /s/ *Christine Kirchner*
Christine Kirchner
State Bar No. 00784403
c.kirchner@chamberlainlaw.com
Chris M. Lemons
State Bar No. 24094799
Chris.lemons@chamberlainlaw.com
**CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.**
1200 Smith Street, Suite 1400
Houston, Texas 77002
Telephone: (713) 658-1818
Facsimile: (713) 658-2553

ATTORNEYS FOR DEFENDANT

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record via facsimile, hand delivery, electronic mail, and/or certified mail on December 23, 2025.

/s/ Christine Kirchner
Christine Kirchner